■ STEPHEN STALIKAS, JR., et al., Appellants, v UNITED MATERIALS, L.L.C., et al., Respondents, et al., Defendant. (Appeal No. 2.) [760 NYS2d 709] —Appeal from a judgment of Supreme Court, Erie County (Dillon, J.), entered January 10, 2002, upon a jury verdict rendered in favor of defendants United Materials, L.L.C. and James Pierce.

■ STEPHEN STALIKAS, JR., et al., Appellants, v UNITED MATERIALS, L.L.C., et al., Respondents. (Appeal No. 3.)

[760 NYS2d 709] —Appeal from an order of Supreme Court, Erie County (Dillon, J.), entered January 14, 2002, which denied plaintiffs' motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Wisner, J.P., Scudder, Kehoe, Gorski and Lawton, JJ.